Second Department. April 25, 1902.) Action by Annie Schmidt against Peter Schouler. No opinion. Judgment of the municipal court affirmed by default, with costs.

SCHMIDT, Appellant, v. SCHULZ et al., Respondents. (City Court of New York, General Term. February, 1902.) Action by Oscar Schmidt against Eugene Schulz and others. Powell & Cady, for appellant. Olney & Comstock, for respondents. No opinion. Judgment reversed on the argument.

SCHOENBLUM, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Samuel Schoenblum against the city of New York. M. H. Gorman, for appellant. G. Mellen, for respondent. No opinion. Judgment and order affirmed, with costs. See 68 N. Y. Supp. 1005.

SCHWARTING, Respondent, v. VAN WIE NEW YORK GROCERY CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by George Schwarting against the Van Wie New York Grocery Company. No opinion. Motion denied.

SCOTT, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Martha R. Scott against the Third Avenue Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $1,000, and extra allowance proportionately, in which case the judgment, as modified, is affirmed, without costs of this appeal to either party. All concur, except HIRSCHBERG, J., who votes for affirmance.

SEGERMAN, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Frieda Segerman against the Metropolitan Street Railway Company. R. Marks, for appellant. T. H. Lord, for respondent. No opinion. Order affirmed, with costs.

SERWER, Appellant, v. SERWER, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Rosa Serwer against Morris Serwer. No opinion. Motion denied.

SHATTUCK, Respondent, v. SHATTUCK, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Isabelle M. Shattuck against John W. Shattuck. H. Goldmark, for appellant. G. G. Leonard, for respondent. No opinion. Order modified, by reducing counsel fee to $75 and alimony to $40 a month, and, as modified, affirmed, without costs to either party.

SILVER et al., Respondents, v. NEW JERSEY STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by Hyman S. Silver and Kassel Silver against the New Jersey Steamboat Company. No opinion. Judgment unanimously affirmed, with costs.

SLEE, Respondent, v. KINGS COUNTY SAV. INST. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Henry C. Slee against the Kings County Savings Institution and Catherine Slee. No opinion. Motion granted, unless appellants pay $10 costs within five days, in which event motion denied, and case placed at the foot of the present calendar.

SMITH v. LEHIGH VAL. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by Porter D. Smith against the Lehigh Valley Railroad Company. No opinion. Motion granted, unless the papers are filed and served, and the case argued, at the present term of court, if reached.

SMITH v. SMITH et al. (Supreme Court, Appellate Division, Third Department. May 13, 1902.) Action by Esther J. Smith, as administratrix, etc., against Maxwell Smith, as administrator, etc., and others. No opinion. Motion denied, without costs.

SMITH et al., Appellants, v. FIRTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Samuel Smith, etc., and others against Christopher C. Firth and wife and Robert W. Firth and wife. No opinion. Judgment affirmed, with costs. All concur, except BARTLETT, J., taking no part.

SORENSON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Nils Sorenson against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs; BARTLETT, J., taking no part.

SPENCER, Appellant, v. TOWN OF SARDINIA, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20,